ORIGINAL

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**
C338 Prince Kuhio Federal Bldg; 300 Ala Moana Boulevard; Honolulu, HI 96850-0001

| | |
|---|---|
| Don Hamrick, *pro se*<br>5860 Wilburn Road<br>Wilburn, AR 72179<br>*PLAINTIFF*<br>*AS PRIVATE ATTORNEY GENERAL*<br>v.<br>Chiyome Fukino, M.D., Director<br>Hawaii Department of Health<br>1250 Punchbowl St.<br>Honolulu, Hawaii 96813<br>*DEFENDANT* | CV08-00544 ACK KSC<br>18 U.S.C. § 1964(c) RICO Treble Damages<br>42 U.S.C. § 1983; § 1985; § 1986; § 1988<br>42 U.S.C. § 1402(a)(1)<br>*SEAMEN'S SUIT, 28 U.S.C. § 1916*<br>FOR MY OWN RIGHTS AND FOR THE RIGHTS<br>OF THIRD PARTIES (*JUS TERTII DOCTRINE*) |

*Exempt from Filing Fees*

# MISCELLANEOUS CASE MOTION

In Re: *Hamrick v. President Bush*,
U.S. District Court for the District of Columbia, No. 08-CV-1698-EGS

## (1) RULE 9: PLEADING SPECIAL MATTERS: FRAUD IN REGARD TO RULE 25(d) SUBSTITUTING DEFENDANT.

## (2) MOTION FOR RULE 26(a)(1)(A)(II) DISCLOSURE AND MOTION FOR RULE 45(a)(1)(D) SUBPOENA FOR COPY OF ORIGINAL BIRTH CERTIFICATE FOR BARRACK OBAMA.

## (3) MOTION FOR RULE 65(a) PERMANENT INJUNCTION AGAINST PRESIDENT-DESIGNATE BARRACK OBAMA FROM TAKING OFFICE AS PRESIDENT OF THE UNITED STATES UPON BIRTH CERTIFICATE'S FAILURE TO PROVE BARRACK OBAMA'S STATUS AS A NATURAL BORN CITIZEN IN ACCORDANCE WITH ARTICLE II OF THE CONSTITUTION OF THE UNITED STATES.

In *Andy Martin v. LINDA LINGLE, Governor of Hawai'i; DR. CHIYOME FUKINO, in her capacity as Director of the Department of Health, State of Hawai'i; THE HONORABLE BERT I. AYABE, JUDGE OF THE CIRCUIT COURT OF THE FIRST CIRCUIT, STATE OF HAWAII*, Respondents, Hawaii Supreme Court, No. 29414 (October 22, 2008) the Hawaii Supreme Court denied Andy Martin's Petition for Writ of Mandamus for Obama's birth certificate on the basis "*that the issuance by the Department of Health of a certified copy of a vital statistics record to petitioner was not mandatory, but involved the exercise of discretion and judgment. See HRS § 338-18 (b) (Supp. 2007).*"[1]

If President-Designate Barrack Obama is allowed to become President of the United States without verification of his natural born citizen eligibility to hold that office under Article II of the Constitution of the United States then Rule 25(d) of the Federal Rules of Civil Procedure either the U.S. District Court for the District of Columbia will automatically substitute President Bush with President Obama as Defendant in my civil suit in that Court or I can file a Rule 25(d) Motion on my own authority as the Plaintiff.

I am exercising my right to ensure that the Rule 25(d) Substitution of Defendants is done with a President who has lawfully met the natural born citizen eligibility requirement of Article II of the Constitution of the United States.

As the unrepresented civil plaintiff in *Hamrick v. President Bush*, U.S. District Court for the District of Columbia, No. 08-cv-1698-EGS and in accordance with **HAWAII REVISED STATUTES** § 338-18(b)(9):

**DISCLOSURE OF RECORDS**: "The department shall not permit inspection of public health statistics records, or issue a certified copy of any such record or part thereof, **unless it is satisfied that the applicant has a direct and tangible interest in the record**. The following persons shall be considered to have a direct and tangible interest in a public health statistics record: **A person whose right to inspect or obtain a certified copy of the record is established by an order of a court of competent jurisdiction**.

I hereby Motion the Court for a subpoena to be issued to Chiyome Fukino, M.D., Director, Hawaii Department of Health; 1250 Punchbowl Street; Honolulu, Hawaii 96813 to deliver a certified copy of Barrack Obama to me at the address noted above on the basis that I have a direct and tangible interest in Barrack Obama's original birth certificate on the basis that I am a person whose right to inspect or obtain a certified copy of Barrack Obama's original birth certificate is established by the fact that I am a civil plaintiff with a civil case naming President Bush as Defendant and January 20, 2009 Barrack Obama lawfully becomes President of the United States if and only if Barrack Obama's birth certificate proves he is a *natural born citizen* in accordance with Article II of the Constitution of the United States.

---

Circuit Court Judge Bert Ayabe in Martin v. Lingle, et al, Hawaii Circuit Court, No. 1CC08-1-002147 stated that ". . . [T]here is insufficient evidence to indicate that the public interest supports the granting of the relief sought and there is a reasonable belief that the public would rather preserve the confidentiality of vital health records."

The remainder of this Motion presents an *informed* public outrage over President-Designate Barrack Obama's refusal to provide his original birth certificate for inspection to anyone to date to counter Circuit Court Judge Bert Ayabe's presumption of insufficient evidence to indicate that the public interest supports the granting of the relief sought." And contrary to Judge Ayabe's presumption there is a reasonable belief that the public would rather preserve the "natural born citizen" eligibility requirement for any candidate running for President of the United States in accordance with Article II of the

---

[1] http://www.state.hi.us/jud/opinions/sct/2008/29414ord.htm

Constitution and that the confidentiality of vital health records does not outweigh the constitutionality of proving a presidential candidate's natural born citizenship status.

Citing Office of the Press Secretary, *Press Briefing by Deputy Press Secretary Tony Fratto*, James S. Brady Press Briefing Room, November 24, 2008, 11:35 A.M. EST:[2]

> **QUESTION FROM LES KINSOLVING, WORLD NET DAILY'S CORRESPONDENT AT THE WHITE HOUSE:** "The CEO of WorldNetDaily has called on the President-elect to release a birth certificate listing the hospital and names of parents. The White House believes that this would fully satisfy the constitutional requirement, don't you?"
>
> **ANSWER FROM MR. FRATTO:** I don't think I have anything to say on that, Lester, and I think we're going to end it right there. Thank you.

The Deputy Press Secretary Tony Fratto legitimized the constitutional crises created by Barrack Obama's steadfast refusal to prove his eligibility to run for President of the United States by refusing to answer Les Kinsolving's question on the matter.

Respectfully,

Don Hamrick

Cc:   Court Clerk, U.S. District Court for the District of Columbia, No. 08-CV-1698-EGS

U.S. Attorney General, Washington, DC

U.S. Attorney, Washington, DC

---

[2] Available online at: http://www.whitehouse.gov/news/releases/2008/11/20081124-1.html

# The Exhibits

Exhibit 1. IS THE PRESIDENT-ELECT BLACKMAIL-ABLE OVER HIS BIRTH CERTIFICATE? Michael J. Gaynor, WEBCommentary Contributor, November 25, 2008

Exhibit 2. RATHERGATE II: CERTIFICATION OF LIVE BIRTH A CLEAR FORGERY, Janet Porter, Faith2Action, WorldNetDaily Exclusive Commentary, November 25, 2008

Exhibit 3. HILLARY INELIGIBLE FOR CABINET POST? By Caleb Howe, AOL News, Nov 24th 2008

Exhibit 4. INSUFFICIENT PUBLIC INTEREST? Joseph Farah, Between the Lines, WorldNetDaily Exlusive Commentary, November 24, 2008

Exhibit 5. THE GREAT BIRTH CERTIFICATE SCANDAL-COVER-UP OF THE 2008 ELECTION, by Joan Swirsky, RightSideNews.com, Saturday, November 22, 2008

Exhibit 6. OBAMA CERTIFICATE LAWSUIT DISMISSED: Judge says Net author Martin had no standing to get birth document, By Jim Dooley, Honolulu Advertiser Staff Writer, Friday, November 21, 2008