IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DON HAMRICK, | ) CIVIL NO. 08-00544 ACK-KSC |
| | ) |
| Plaintiff, | ) ORDER DENYING PLAINTIFF'S |
| | ) EMERGENCY MOTION TO |
| vs. | ) EXPEDITE PLAINTIFF'S |
| | ) MOTION FOR COURT ORDER FOR |
| CHIYOME FUKINO, M.D., | ) CERTIFIED COPY OF BARACK |
| Director of Hawaii | ) HUSSEIN OBAMA'S BIRTH |
| Department of Health | ) CERTIFICATE |
| | ) |
| Defendant. | ) |
| _____ | ) |

ORDER DENYING PLAINTIFF'S EMERGENCY MOTION TO EXPEDITE
PLAINTIFF'S MOTION FOR COURT ORDER FOR CERTIFIED COPY
OF BARACK HUSSEIN OBAMA'S BIRTH CERTIFICATE

Before the Court is Plaintiff Don Hamrick's ("Plaintiff") Emergency Motion to Expedite Plaintiff's Motion for Court Order for Certified Copy of Barack Hussein Obama's Birth Certificate ("Motion").[1]  Pursuant to Rule 7.2(d) of the Local Rules of Practice of the United States District Court for the District of Hawaii ("Local Rules"), the Court finds this matter suitable for disposition without a hearing.

---

[1]  It appears that Plaintiff characterizes his Complaint as a motion for court order for a certified copy of Barack Hussein Obama's birth certificate.

In pertinent part,[2] Plaintiff appears to be requesting an expedited decision regarding the relief sought in his Complaint - a certified copy of Barack Obama's original birth certificate.  He believes that the current March 2, 2009 Rule 16 Scheduling Conference date procedurally defeats the purpose of his Complaint because it would allow Mr. Obama to ascend to the Office of President without clearly establishing his constitutional eligibility to hold that office. Plaintiff's position is without merit and the Court declines to expedite review of the Complaint and/or order that Mr. Obama's birth certificate be produced.

First, Plaintiff has yet to pay his filing fee. On December 5, 2008, the Court sent a letter to Plaintiff explaining that he must remit the $350 filing fee or submit an application to proceed in forma pauperis if he is unable to pay the filing fee. Plaintiff was cautioned that failure to comply could result in the dismissal of his action.  To date, the Court has not received the filing fee or an IFP

---

[2]  Much of the Motion is irrelevant and incoherent.

application.

Second, it is unclear whether Plaintiff has served Defendant Chiyome Fukino. The record contains no evidence that Plaintiff has properly served Defendant. Thus, the Court is not in a position to expedite review of the Complaint or order that Defendant produce Mr. Obama's birth certificate.

Third, Plaintiff is not entitled to discovery at this time. "A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order." Fed. R. Civ. P. 26(d)(1). This is especially true where, as here, the discovery sought is also the end relief that Plaintiff seeks. It is apparent that the parties have not conferred as required by Rule 26(f) and no other legitimate basis exists to exempt Plaintiff from the strictures of Rule 26(d)(1).

Finally, the Court has scheduled the Scheduling Conference in the ordinary course, as it does with all

civil cases.  Even if a Scheduling Conference were set in the immediate future, the case would not be adjudicated on its merits at the Conference.  In the absence of a proper motion that would allow for expedited review of the case, and/or resolution of the deficiencies noted herein above, this case shall not be excepted from the normal scheduling that occurs in civil actions in this district.

Based on the foregoing, the Court HEREBY DENIES Plaintiff's Motion.  Plaintiff is again cautioned that if he does not immediately remit payment of the $350 filing fee or file an application to proceed in forma pauperis for the Court's consideration, his action may be dismissed.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, December 23, 2008.



_____
Kevin S.C. Chang
United States Magistrate Judge

HAMRICK V. FUKINO, CV 08-00544 ACK-KSC; ORDER DENYING PLAINTIFF'S EMERGENCY MOTION TO EXPEDITE PLAINTIFF'S MOTION FOR COURT ORDER FOR CERTIFIED COPY OF BARACK HUSSEIN OBAMA'S BIRTH CERTIFICATE