AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| DON HAMRICK as Private Attorney General; <br><br> Plaintiff(s), <br><br> V. <br><br><br> CHIYOME FUKINO; M.D.; Director Hawaii Department of Health <br><br> Defendant(s). | JUDGMENT IN A CIVIL CASE <br><br> Case: CIV NO. 08-00544 ACK-KSC <br><br> FILED IN THE <br> UNITED STATES DISTRICT COURT <br> DISTRICT OF HAWAII <br><br> May 22, 2009 <br><br> At 4 o'clock and 00 min p.m. <br> SUE BEITIA, CLERK |

[ ]   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is hereby DISMISSED without prejudice pursuant to the "Findings and Recommendation To Dismiss Case Without Prejudice" filed on May 4, 2009 and the "Order Adopting Findings and Recommendations" filed on May 20, 2009.

| | |
|---|---|
| May 22, 2009 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by EPS |
| | (By) Deputy Clerk |